UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTIAN K. NARKIEWICZ-LAINE | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 50106 |
| | ) | |
| v. | ) | **District Judge Reinhard** |
| | ) | **Magistrate Judge Mahoney** |
| SCANDINAVIAN AIRLINES SYSTEMS | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF ELECTRONIC FILING

To: Christian K. Narkiewicz-Laine
760 Dewey Avenue
Galena, Illinois 61036

Please take notice that on the 23rd day of June, 2008, we caused to be filed with the Clerk of the Court for the Northern District of Illinois, Western Division, the following **Answer and Affirmative Defenses to Plaintiff's Complaint** on behalf of Defendant, Scandinavian Airlines Systems, a copy of which is attached hereto and served upon you herewith.

Respectfully submitted,

SCANDINAVIAN AIRLINES SYSTEMS

By:    s/Michael S. McGrory
One of Its Attorneys

Alan L. Farkas
Michael S. McGrory
Madsen, Farkas & Powen, LLC
20 S. Clark Street, Suite 1050
Chicago, Illinois 60603
T: (312) 379-3444
F: (312) 379-3443

## CERTIFICATE OF SERVICE

      The undersigned attorney states that he caused to be mailed a copy of the above-described document(s) to the following individuals, by first class mail, postage pre-paid, by depositing in an official depository of the United States Mail at 20 South Clark Street, Chicago, Illinois on this 23rd day of June, 2008.

                                                s/Michael S. McGrory
                                                  Michael S. McGrory

Christian K. Narkiewicz-Laine
760 Dewey Avenue
Galena, Illinois 61036

Mr. Michael Holland
Condon & Forsyth, LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 894-6780