UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

F I L E D

JUN 2 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CHRISTIAN K. NARKIEWICZ-LAINE ) | |
| ) | |
| Plaintiff ) | NO. 08 C 50106 |
| ) | |
| vs. ) | |
| ) | |
| SCANDINAVIAN AIRLINES SYSTEMS ) | JUDGE REINHARD |
| ) | MAGISTRATE JUDGE |
| Defendant ) | MAHONEY |

MOTION TO REMOVE

Now comes Plaintiff Christian K. Narkiewicz-Laine, acting *pro see* as his attorney and in his defense and files the following motion to remove the above-entitled case from the United States District court and back to the Fifteenth Judicial Circuit Court, Jo Daviess County, Illinois case number. 08 SC-103.

1. Contrary to Civil Cover Sheet filed by Defendant's attorneys, Defendant, Scandinavian Airlines System (SAS) is not a "citizen or subject of a foreign country" but maintains offices in New Jersey, Illinois, and Washington and is subject to state and local laws. (EX. A, Motion to Remove).

2. On April 2, 2008 and again on May 15, 2008, Plaintiff contacted SAS to refund a ticket Plaintiff purchased from his home in Galena, Illinois for a flight Dublin, Ireland to Copenhagen, Denmark and to Helsinki, Finland. A refund of a ticket has nothing to do whatsoever with the Montreal Convention or a Treaty with the United States and has no jurisdiction in a district court. This was a simple credit card transaction that resulted in a broken contract.

3. Further, on June 21, 2006, Plaintiff also purchased another ticket on SAS from Plaintiff's home in Galena, Illinois for a flight Oslo to Dublin. On June 21, 2006, Plaintiff

telephoned SAS to inform Defendant that Plaintiff was ill with Lyme Disease and could not travel. Plaintiff presented a doctor's letter and requested a change in travel dates, which was denied by SAS. A change in travel dates is also not governed by the Montreal Convention nor a Treaty with the United States and has no jurisdiction in a district court.

4. Further, Plaintiff demands the right to present this matter *pro see* to a Small Claim Court in Jo Daviess County to seek legal remedy per the terms of the Montreal Convention: "An action for damages must be brought, at the option of the Plaintiff, in the territory of one of the State's Parties, either before the court of the domicile of the carrier or of its principal place of business or where it has a place of business through which the contract has been made or before the court at the place of destination. In respect of damage resulting from the death or injury of a passenger, an action may be brought before one of the courts mentioned in paragraph 1 of this Article, or in the territory of a States Party in which at the time of the accident the passenger has his or her principal and permanent residence." (Paragraphs 1-2, Chapter III, Liability for the Carrier and Extent of Compensation for Damage, Article 33-Jurisdiction.)

5. Further, per *EL AL Isreal Airlines, Ltd. v. Tsui Yuan Tseng*, Chief Justice J. Stevens, U. S. Supreme Court stated: The Convention (*vis-à-vis* Montreal Convention) does not preempt local law in cases arising out of "wiful misconduct." (No. 97-475 On Writ of Certiorari to the United States Court of Appeals for the Second Circuit, January 12, 1999).

THEREFORE, Plaintiff requests that this case be removed from district court and reasserted back to the Fifteenth Judicial Circuit Court, Jo Daviess County, Illinois.

Respectfully submitted,

CHRISTIAN K. NARKIEWICZ-LAINE

Alan L. Farkas
Michael S. McGrory
Madsen, Farkas & Powen, LLC
20 S. Clark Streret #1050
Chicago, IL 60603
Tel: +312/379-3444
Fax: +312/379-3443

Case 3:08-cv-50106   Document 2   Filed 06/17/2008   Page 1 of 1

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
CHRISTIAN K. NARKIEWICZ-LAINE

**DEFENDANTS**
SCANDINAVIAN AIRLINES SYSTEMS

08 C 50106

FILED
JUN 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Foreign
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Pro Se; Christian K. Narkiewicz-Laine
760 Dewey Avenue
Galena, Illinois 61036

Attorneys (If Known)
Alan L. Farkas and Michael S. McGrory,
MADSEN FARKAS & POWEN; 20 S. Clark Street, Suite 1050
Chicago, IL 60603

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [x] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (excl. vet.)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- [x] 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Inj.

**TORTS — PERSONAL INJURY**
- 362 Personal Injury— Med. Malpractice
- 365 Personal Injury — Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- 441 Voting
- 442 Employment
- 443 Housing/Accommodations
- 444 Welfare
- 445 ADA—Employment
- 446 ADA — Other
- 440 Other Civil Rights

**PRISONER PETITIONS**
- 510 Motions to Vacate Sentence
  Habeas Corpus:
- 530 General
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition

**FORFEITURE/PENALTY**
- 610 Agriculture
- 620 Other Food & Drug
- 625 Drug Related Seizure of Property 21 USC 881
- 630 Liquor Laws
- 640 R.R. & Truck
- 650 Airline Regs.
- 660 Occupational Safety/Health
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- 730 Labor/Mgmt. Reporting & Disclosure Act
- 740 Railway Labor Act
- 790 Other Labor Litigation
- 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 840 Trademark

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce/ICC Rates/etc.
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit
- 490 Cable/Satellite TV
- 810 Selective Service
- 850 Security/Commodity/Exch.
- 875 Customer Challenge 12 USC 3410
- 891 Agricultural Acts
- 892 Economic Stabilization Act
- 893 Environmental Matters
- 894 Energy Allocation Act
- 895 Freedom of Information Act
- 900 Appeal of Fee Determination Under Equal Access to Justice
- 950 Constitutionality of State Statutes
- 890 Other Statutory Actions

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

28 U.S.C. 1444 Federal Question/Removal

## VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

## IX. This case

- [x] is not a refiling of a previously dismissed action.
- [ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: June 17, 2008

SIGNATURE OF ATTORNEY OF RECORD
s/ Michael S. McGrory