UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Western Division

Christian K Narkiewicz–Laine
          Plaintiff,

v.                 Case No.: 3:08–cv–50106
                 Honorable Philip G. Reinhard

Scandinavian Airlines Systems
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2008:

  MINUTE entry before the Honorable P. Michael Mahoney:Pursuant to request of parties, Status hearing reset for 8/13/2008 at 01:30 PM.Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.