UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **CHRISTIAN K. NARKIEWICZ-LAINE** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 08 C 50106 |
| ) | |
| v.  ) | **District Judge Reinhard** |
| ) | **Magistrate Judge Mahoney** |
| **SCANDINAVIAN AIRLINES SYSTEMS** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF HEARING

To:   Christian K. Narkiewicz-Laine
      760 Dewey Avenue
      Galena, Illinois 61036

   PLEASE TAKE NOTICE that on <u>Wednesday, August 13, 2008 at 1:30 p.m.</u>, we shall appear before the <u>Honorable Judge P. Michael Mahoney or any Judge presiding in his stead in Room 206</u>, and then and there present the **Defendants' Motion to Transfer Venue**, a copy of which is attached hereto and served upon you herewith, and at which time and place you are invited to attend.

                              Respectfully submitted,

                              SCANDINAVIAN AIRLINES SYSTEMS

                         By:   ___s/Michael S. McGrory_____
                              One of Its Attorneys

Alan L. Farkas
Michael S. McGrory
Madsen, Farkas & Powen, LLC
20 S. Clark Street, Suite 1050
Chicago, Illinois 60603
T: (312) 379-3444
F: (312) 379-3443

## **CERTIFICATE OF SERVICE**

The undersigned attorney states that he caused to be mailed a copy of the above-described document(s) to Christian K. Narkiewicz-Laine via email (cknl2006@yahoo.co.uk)and the following individuals, by depositing same, postage prepaid, in an official depository of the United States Mail at 20 South Clark Street, Chicago, Illinois on this 11th day of August, 2008.

_____s/ Michael S. McGrory _____
Michael S. McGrory

Christian K. Narkiewicz-Laine
760 Dewey Avenue
Galena, Illinois 61036

Mr. Michael Holland
Condon & Forsyth, LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 894-6780