## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| **CHRISTIAN K. NARKIEWICZ-LAINE**  )<br>  )<br>  **Plaintiff,**  )<br>  )<br>  )<br>  **v.**  )<br>  )<br>  **SCANDINAVIAN AIRLINES SYSTEMS**  )<br>  )<br>  **Defendant.**  ) | **Case No. 08 C 50106**<br><br>**District Judge Reinhard**<br>**Magistrate Judge Mahoney** |

### NOTICE OF ELECTRONIC FILING

To: Christian K. Narkiewicz-Laine
   760 Dewey Avenue
   Galena, Illinois 61036

   Please take notice that on the 11th day of August, 2008, we caused to be filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, the following **Response to Motion to Remand** on behalf of Defendant, Scandinavian Airlines Systems, a copy of which is attached hereto and served upon you herewith.

                    Respectfully submitted,

                    SCANDINAVIAN AIRLINES SYSTEMS

              By:   ___s/Michael S. McGrory_____
                    One of Its Attorneys

Alan L. Farkas
Michael S. McGrory
Madsen, Farkas & Powen, LLC
20 S. Clark Street, Suite 1050
Chicago, Illinois 60603
T: (312) 379-3444
F: (312) 379-3443

## CERTIFICATE OF SERVICE

The undersigned attorney states that he caused to be mailed a copy of the above-described document(s) to Christian K. Narkiewicz-Laine via email (cknl2006@yahoo.co.uk) and the following individuals, by depositing same, postage prepaid, in an official depository of the United States Mail at 20 South Clark Street, Chicago, Illinois on this 11th day of August, 2008.

_____s/ Michael S. McGrory _____
Michael S. McGrory

Christian K. Narkiewicz-Laine
760 Dewey Avenue
Galena, Illinois 61036

Mr. Michael Holland
Condon & Forsyth, LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 894-6780