UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Western Division

Christian K Narkiewicz–Laine
                            Plaintiff,

v.                                                                         Case No.: 3:08–cv–50106
                                                                          Honorable Philip G. Reinhard

Scandinavian Airlines Systems
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney: Status hearing held on 8/13/2008. Plaintiff's Motion to remand [8] and defendant's Motion to transfer case [11] are taken under advisement; Set deadlines as to motion to transfer case[11], Responses due by 8/20/2008, Replies due by 8/27/2008. As to Plaintiff's motion to remand[8] : Replies due by 8/20/2008. If a party is not going to file a brief in response or reply, it is that partys obligation, within the time frame established by this order, to so notify the court in writing. Telephonic Discovery Hearing to report on settlement set for 8/27/2008 at 09:30 AM.)Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.