UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

F I L E D
AUG 2 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| CHRISTIAN K. NARKIEWICZ-LAINE | ) | |
| | ) | |
| Plaintiff | ) | NO. 08 C 50106 |
| | ) | |
| vs. | ) | |
| | ) | |
| SCANDINAVIAN AIRLINES SYSTEMS | ) | JUDGE REINHARD |
| | ) | MAGISTRATE JUDGE |
| Defendant | ) | MAHONEY |

### MOTION TO SANCTION DEFENDANT AND ITS ATTORNEYS

Now comes Plaintiff Christian K. Narkiewicz-Laine, acting *pro see* as his attorney and in his defense and files the following motion to sanction Defendant Scandinavian Airlines Systems and Defendant's Attorney's, Madsen, Farkas & Powen, LLC. for unnecessary, irrelevant, and malicious comments made against Plaintiff intending to defame and deface and prejudice Plaintiff in the eyes of the U.S. District Court for the Northern District of Illinois Western Division in Defendant's Motion to Transfer Venue filed August 11, 2008.

In Defendant's Motion to Transfer Venue, Defendant made the following comments:

"Furthermore, Plaintiff has litigated at least two cases within the Eastern Division: a civil case in the Circuit Court of Cook Country (Ex. E. Electronic Docket) and a federal criminal case in the wherein Plaintiff pled guilty to making false statements to an FBI agent (Ex. F. Indictment; Ex. G, Plea Agreement)" [page 5, Document 11].

These comments are immaterial and irrelevant to the case of Christian K. Narkiewicz-Laine vs. Scandinavian Airlines Systems and are only intended as a smear campaign to prejudice Plaintiff. Plaintiff is not on trial here.

These comments are made to the court without any explanation of circumstances

surrounding the Indictment or an awareness that Plaintiff is currently in the process of litigation in Denmark to clear Plaintiff's name of any wrong doing and exposing the truth for which Plaintiff was indicted. Plaintiff intends to prevail on this matter and to clear Plaintiff's name completely and to bring justice to light.

In terms of "lying" and Defendant's and its attorney's concern for truth telling, Defendant goes on to make completely false statements in the Defendant's Motion to Transfer Venue:

In that Motion, Defendant states: "Exhibit E is a letter from Plaintiff to SAS in which Plaintiff identifies himself as Director/President of The Chicago Athenaeum, which per the letterhead maintains offices in Schaumburg (in the Eastern Division) as well as in Galena." [Page 3, Document 11].

The Chicago Athenaeum does not have an office in Schaumburg, Illinois but only maintains an un-staffed, 20-acre outdoor International Sculpture Garden in Schaumburg, Illinois as a public/private partnership with the Village of Schaumburg.

In that same Motion, Defendant states: "Moreover, it appears that Plaintiff resides both in Galena and Chicago." [Page 5, Document 11].

Plaintiff does not reside in Chicago, Illinois. To substantiate any claim, Defendant and it's Attorneys failed to produce any address where Plaintiff presumably resides or any real estate owned by the Plaintiff to prove any residency claim.

These comments and the latter mistruth were intentionally and purposefully made to persuade the court to move the venue from the Western Court Division to the Eastern Court Division.

Further, Defendant via its Attorneys should examine Defendant's own dirty hands before

attempting to blacken the reputation of the Plaintiff *vis-à-vis* SAS Airlines recent fine of $52 million by the U. S. Justice Department for illegal price-fixing and an agent from SAS Airlines recent conviction and imprisonment for criminal conspiracy as of June, 2008.

"Let he who is without sin cast the first stone."

Defendant has created a smoke screen in order to conceal and camouflage liability of a strictly contractual agreement by hiding behind the Warsaw Treaty and the Montreal Treaty; by attempting to move jurisdictions from Jo Daviess County Small Claims Court to the United States District Court for the Northern District of Illinois Western Division and finally to the Eastern Division on a matter of "convenience;" and now, engaging in a smear campaign against the Plaintiff.

Defendant and its Attorneys are attempting to trivialize Defendant's liability regarding its contracts and causing delays in litigation while villainizing the Plaintiff. During the Status Hearing before his Hon. Judge P. Michael Mahoney, Defendant's attorney Michael S. McGrory stated that his appearance that day in Rockford was "an opportunity to have lunch with an old friend."

This "opportunity" cost Plaintiff $1,714.22 in airfare (Athens, Hamburg, Dublin to Chicago) in order for Plaintiff to appear before Judge Mahoney on August 13 (Attachment A) while Plaintiff, as President of The Chicago Athenaeum, is in the middle of opening a new Museum building in Athens, Greece with a major inaugural exhibition on September 5 (Attachment B). Plaintiff has now appeared twice in July and August; once before Judge Kelly in Jo Daviess County Small Claims Court and now in front of Judge Mahoney.

CONCLUSION

Plaintiff asks the court to strike from Defendant's Motion to Transfer Venue any and all reference to Plaintiff's Indictment in 2003 and all attachments from the files for the sake of prejudice.

Plaintiff asks the court to reimburse Plaintiff for costs associated with the appearance before Judge Mahoney on August 13 as Defendant makes an arbitrary case to move jurisdiction one more time and again from the Western Division to the Eastern Division of the U.S. District Court for the Northern District of Illinois.

Respectfully submitted,

CHRISTIAN K. NARKIEWICZ-LAINE

Alan L. Farkas
Michael S. McGrory
Madsen, Farkas & Powen, LLC
20 S. Clark Streret #1050
Chicago, IL 60603
Tel: +312/379-3444
Fax: +312/379-3443



*Attachment A*

**AEGEAN AIRLINES e-ticket.**

| | |
|---|---|
| Reservation Code: | R9Q7L |
| Passengers: | Adult: 1, |
| E-Tickets | MR Christian Narkiewicz-Laine 3902407216645 |
| Transaction Code: | 7648809 |
| Total Price (Incl taxes/charges): | EUR 255,35 |

**Departing Info**

| | |
|---|---|
| Flight Number: | A3802 - ATH/MUC |
| Departure (local time): | Athens Tue, 29 Jul, 08:35 |
| Arrival (local time): | Munich Tue, 29 Jul, 10:15 |
| Travel Class: | Economy (H) |
| | |
| Flight Number: | A31572(!) - MUC/HAM |
| arture (local time): | Munich Tue, 29 Jul, 11:30 |
| Arrival (local time) | Hamburg Tue, 29 Jul, 12:45 |
| Travel Class: | Economy (H) |

Please print this page or write down the Reservation Code and the E-Ticket number(s).
In order for passenger(s) to be accepted for travel, it is requested to present, during check-in time, either Passport or Identification Card.

(!) Indicates a flight operated by a partner airline

---

**Boarding Pass 1:**
PASSENGER NAME: NARKIEWICZLAINE/CHRI
FROM: ATHENS
TO: MUNICH
FLIGHT: A3 0802  CLASS: H  DATE: 29JUL  TIME: 0835
GATE: B15  BOARDING TIME: 0805  SEAT: 24F  SMOKING: XXX
PCS: 1  WT: /25
CK: 81

**Boarding Pass 2 (AEGEAN ΚΑΡΤΑ ΕΠΙΒΙΒΑΣΗΣ / BOARDING PASS / CARTE D'ACCÈS À BORD / EINSTEIGEKARTE):**
PASSENGER NAME: NARKIEWICZLAINE/CHRI
FROM: MUNICH
TO: HAMBURG
CARRIER FLIGHT: LH 0046  CLASS: M  DATE: 29JUL  TIME: 1130
ETKT 3902407216645C2
ΘΕΣΗ/SEAT: 14F
52

Παρακαλούμε να βρίσκεστε εγκαίρως στη θύρα αναχωρήσης σας σύμφωνα με την προκαθορισμένη ώρα επιβίβασης.
Please be at your departure gate before the specified boarding time.

**Boarding Pass 3:**
PASSENGER NAME: NARKIEWICZLAINE/CHRI
FROM: MUNICH
TO: HAMBURG
FLIGHT: LH 0046  CLASS: M  DATE: 29JUL  TIME: 1130
GATE: G16  BOARDING TIME: 1100  SEAT: 14F  SMOKING: XXX
PCS  WT  UNCKD  BAGGAGE ID NUMBER
CPN  DOCUMENT NUMBER  CK: 52

**ticket** **check-in** CLICK FLY

The only forms of photo identification accepted for Irish domestic, UK domestic, and travel between Ireland and the UK are the following;
1. Valid passport
2. Drivers licence with photo
3. International student card
4. National ID card
5. Bus pass with photo
6. Work ID with photo

If you have a paper ticket, it must be presented at check-in.

ITINERARY:

```
================================================================
MR CHRISTIAN NARKIEWICZLAINE
================================================================
AER LINGUS                          EI 393   X/ECONOMY CLASS
CONFIRMED
DEP  HAMBURG                                       WED
30JUL08    4.05PM
HAM  -TERMINAL 1   - TERMINAL 1
ARR  DUBLIN                                        WED
30JUL08    5.05PM


MR CHRISTIAN NARKIEWICZLAINE - 1BAG

All Times Local

Ticket Number      0532440718141      Date of Ticket Issue:
     21JUL08
================================================================
```
Note:- Aer Lingus does not require booked passengers to reconfirm flights. Should a change in schedule occur you will be notified by e-mail

RECEIPT:
Fare details:
```
Category       Fare            Taxes,Fees,Charges    Subtotal
01 ADULT       EUR99.00        EUR27.47              EUR126.47

Total Fees     EUR16.00

GRAND TOTAL    EUR142.47

TOTAL FEES INCLUDES:
BAGGAGE FEE            EUR12.00    OUT    - 1BAGS

Payment       VISA
Restrictions/Endorsements
NO RFND/CHG FEE APPLIES
CXL BY FLT DT OR NO VALUE
```

Applications for tax refunds are subject to an administration fee. Click on link for details - http://www.aerlingus.com/Services/email_paxnotices.h

VAT number IE 9L40507W

Please note: you can now change your web booking onli flight, date and arrival city. For all other changes the aerlingus.com helpdesk.

Boarding Pass / Einsteigekarte — aviation

Name of passenger
NARKIEWICZLAINE/CH

**129**

From
HAMBURG
To
DUBLIN

Flight no.   Class   Date
EI 0393   Y   30JUL

Gate   Boarding time   Seat   Smoking
B52    15:20    02F    NO

ETKT10532440718142
Pieces/Weight
NON-SMOKING FLIGHT

Requests to change your itinerary may result in a char fee.

Itinerary changes are subject to availability and payment of a change fee plus any difference in cost between original

Attachment A

*Attachment A*

```
   3. International student card
   4. National ID card
   5. Bus pass with photo
   6. Work ID with photo

   If you have a paper ticket, it must be presented at check-
   in.

   ITINERARY:

   ===========================================================
   MR CHRISTIAN NARKIEWICZLAINE
   ===========================================================
   AER LINGUS                    EI 125   H/ECONOMY CLASS
   CONFIRMED
   DEP   DUBLIN                               SAT
   2AUG08    2.30PM
   ARR   CHICAGO/OHARE                        SAT
   2AUG08    4.40PM
   ORD  -TERMINAL 5  - INTERNATIONAL TERMINAL 5

   All Times Local

   Ticket Number       0532440853637    Date of Ticket Issue:
        31JUL08
   ===========================================================
   Note:- Aer Lingus does not require booked passengers to
   reconfirm flights. Should a change in schedule occur you
   will be notified by e-mail

   RECEIPT:
   Fare details:
   Category         Fare           Taxes,Fees,Charges   Subtotal
   01 ADULT         EUR653.00      EUR44.04             EUR697.04

   Total Fees       EUR4.00

   GRAND TOTAL      EUR701.04

   Payment          VISA
   Restrictions/Endorsements
   NO RFND/CHG FEE APPLIES
   CXL BY FLT DT OR NO VALUE

   Applications for tax refunds are subject to an
   administration fee. Click on link for details -
   http://www.aerlingus.com/Services/email_paxnoti

   VAT number IE 9L40507W


   Please note: you can now change your web booking
   flight, date and arrival city. For all other ch
   the aerlingus.com helpdesk.




   Requests to change your itinerary may result i
   fee.



   Itinerary changes are subject to availability and payment of
   a change fee plus any difference in cost between original
   total price and the lowest total price available at the time
   the change is made.



   If itinerary changes are made on aerlingus.com a discounted
   change fee applies. Click on link for details -
   http://www.aerlingus.com/Services/email_paxnotices.htm
```

Boarding pass / Pas Bordata / Carte d'Access a Bord

Name of passenger **SSK**
NARKIEWICZLAINE/CHRI
From DUBLIN
To CHICAGO    TML 5

| Flight | Class | Date | Time |
|---|---|---|---|
| EI125 | Y | 2AUG | 1430 |

Gate B   Gate Closes 1300   42H   Smoke xxx

PCS WT UNCKD
2



*Attachment B*

# THE GOOD DESIGN SHOW 2008

## SEPTEMBER 5-NOVEMBER 31, 2008

THE EUROPEAN CENTRE
ARCHITECTURE ART DESIGN AND URBAN STUDIES
46-48 Vassiliou Megalou
Rouf Athens, Greece
For More Information: info@chicagoathenaeum.org

GOOD DESIGN™ is a Trademark of The Chicago Athenaeum. Copyright 1992 and 2008