UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTIAN K. NARKIEWICZ-LAINE | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 50106 |
| | ) | |
| v. | ) | District Judge Reinhard |
| | ) | Magistrate Judge Mahoney |
| SCANDINAVIAN AIRLINES SYSTEMS | ) | |
| | ) | |
| Defendant. | ) | |

### RULE 68 OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, Scandinavian Airlines Systems, hereby offers judgment in favor of Plaintiff in the total amount of $762.73, inclusive of all costs, attorneys' fees and potentially recoverable damages.

Plaintiff is further advised that this offer is not an attempt to negotiate. If this offer is not accepted within 10 days, pursuant to Rule 68, it will expire, and Defendants will defend this case at trial with the intent to recover their own attorneys' fees and court costs.

Respectfully submitted,

SCANDINAVIAN AIRLINES SYSTEMS

By:      s/Michael S. McGrory
One of Its Attorneys

Alan L. Farkas
Michael S. McGrory
Madsen, Farkas & Powen, LLC
20 S. Clark Street
Suite 1050
Chicago, Illinois 60603
T: (312) 379-3444
F: (312) 379-3443