UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| **CHRISTIAN K. NARKIEWICZ-LAINE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 08 C 50106** |
| | ) | |
| v. | ) | **District Judge Reinhard** |
| | ) | **Magistrate Judge Mahoney** |
| **SCANDINAVIAN AIRLINES SYSTEMS** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF ELECTRONIC FILING**

To:   Christian K. Narkiewicz-Laine
      760 Dewey Avenue
      Galena, Illinois 61036

    Please take notice that on the 25th day of August, 2008, we caused to be filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, the following **Rule 68 Offer of Judgment** on behalf of Defendant, Scandinavian Airlines Systems, a copy of which is attached hereto and served upon you herewith.

                                                    Respectfully submitted,

                                                    SCANDINAVIAN AIRLINES SYSTEMS


                                    By:    ___s/Michael S. McGrory_____
                                                   One of Its Attorneys

Alan L. Farkas
Michael S. McGrory
Madsen, Farkas & Powen, LLC
20 S. Clark Street, Suite 1050
Chicago, Illinois 60603
T:  (312) 379-3444
F:  (312) 379-3443

## CERTIFICATE OF SERVICE

  The undersigned attorney states that he caused to be mailed a copy of the above-described document(s) to the following individuals, by depositing same, postage prepaid, in an official depository of the United States Mail at 20 South Clark Street, Chicago, Illinois on this 25th day of August, 2008.

                _____s/ Michael S. McGrory_____
                    Michael S. McGrory

Christian K. Narkiewicz-Laine
760 Dewey Avenue
Galena, Illinois 61036

Mr. Michael Holland
Condon & Forsyth, LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 894-6780