## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

Christian K Narkiewicz–Laine
                            Plaintiff,

v.                                                      Case No.: 3:08–cv–50106
                                                        Honorable Philip G. Reinhard

Scandinavian Airlines Systems
                            Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney: Telephonic Discovery hearing held on 8/27/2008. Plaintiff's Motion for sanctions [17] is taken under advisement; Set deadlines as to motion for sanctions[17] : Responses due by 9/17/2008, Replies due by 10/1/2008. If a party is not going to file a brief in response or reply, it is that partys obligation, within the time frame established by this order, to so notify the court in writing. Discovery Hearing set for 10/17/2008 at 01:30 PM. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.